381 A.2d 908

Kelsey-Barber Corp., Appellant, v. Beever, et ux.

Argued September 20, 1977. E. William Heuser, for appellant; Spencer A. Manthorpe, with him Hepburn, Ross, Willcox & Putnam, for appellees.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.

381 A.2d 908

Kovalcik v. Penn Treaty Life Insurance
Company, Appellant

Argued September 15, 1977. Joel M. Scheer, with him Martin D. Cohen, for appellant; Robert Long, with him Richard C. Buss, for appellee.

Decree affirmed.